UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL SMITH, :
        Plaintiff, :
         :
   v. : No. 5:23-cv-2166
         :
IDEAL CONCEPTS, INC., :
        Defendant. :

## O R D E R

**AND NOW**, this 27th day of November, 2023, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss, *see* ECF No. 9, is **GRANTED in part** and **DENIED in part** as follows:

   A. Count I is **DISMISSED without prejudice**;

   B. The motion to dismiss Counts II and III is **DENIED**.

2. **Within twenty (20) days of the date of this Order**, Plaintiff may file an amended complaint as to any claims dismissed without prejudice.

3. If Plaintiff fails to timely file an amended complaint, Count I will be dismissed with prejudice and the matter will proceed on Counts II and III only.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge